# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2005

127733

FORD MOTOR COMPANY,
         Petitioner-Appellant,

v

TOWNSHIP OF BRUCE,
         Respondent-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 127733
COA: 247186
MTT: 00-294990

      On order of the Court, the application for leave to appeal the September 14, 2004 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Ford Motor Company v City of Woodhaven, City of Sterling Heights, and Township of Bruce* (Docket Nos. 127422, 127423, 127424) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2005

_____
Clerk

11012